JOHN DOE,
        Plaintiff,

v.                                                      Case No. 6:26-cv-01481-JSS-RMN

THE FLORIDA BAR; ASHLEY MORRISON, in her official
and individual capacities as Bar Counsel for The Florida Bar;
and JOSHUA E. DOYLE, in his official and individual
capacities as Executive Director of The Florida Bar,
        Defendants.

_____/



### DISCLOSURE STATEMENT
### (Local Rule 3.03; Fed. R. Civ. P. 7.1)

Plaintiff, John Doe, pursuant to Local Rule 3.03 and Federal Rule of Civil Procedure 7.1, states as follows:

1. Plaintiff is a natural person, not a corporation, and has no parent corporation, and no publicly held corporation owns 10% or more of Plaintiff's stock, as Plaintiff is an individual.

2. The following is a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including all persons with an interest in the subject matter of the case:

    a. John Doe, Plaintiff (proceeding under pseudonym);

    b. The Florida Bar, Defendant

    c. Ashley Morrison, Defendant

    d. Joshua E. Doyle, Defendant

3. Plaintiff is unaware of any other person or entity having a financial interest in the outcome of this litigation.

Dated: July 10, 2026

                                        Respectfully submitted,

1

/s/ John Doe
John Doe, Plaintiff, Pro Se