UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN DOE,

     Plaintiff,

v.                                                                 Case No: 6:26-cv-1481-JSS-RMN

THE FLORIDA BAR, et al.,

     Defendants.

_____/

**<u>ORDER</u>**

Pursuant to Local Rule 1.07(a)(2)(A), this case is **TRANSFERRED** to United States District Judge Anne-Leigh Gaylord Moe with her consent. *See United States v. Stone*, 411 F.2d 597, 599 (5th Cir. 1969) ("District [j]udges have the inherent power to transfer cases from one to another for the expeditious administration of justice.").

**ORDERED** in Orlando, Florida, on August 6, 2026.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Party
Counsel of Record