# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

STEPHEN BROWN,

    *Plaintiff,*

v.

THE FLORIDA BAR; ASHLEY
MORRISON, in her official and
individual capacities as Bar Counsel
for The Florida Bar; JOSHUA E.
DOYLE, in his official and individual
capacities as Executive Director of
The Florida Bar; and GYPSY
BAILEY, in her official and individual
capacities as General Counsel for The
Florida Bar,

    *Defendants.*

_____

_____/

Case No. 6:26-cv-1481-AGM-RMN

**MOTION FOR LEAVE TO FILE SECOND CORRECTED VERIFIED AMENDED COMPLAINT (NON-SUBSTANTIVE RENUMBERING OF PARAGRAPH 534)**

Plaintiff Stephen Brown, pro se, respectfully moves under Federal Rule of Civil Procedure 15(a)(2) for leave to file a corrected Verified Amended Complaint that (1) Renumbers the paragraphs beginning with paragraph 534 due an inadvertent oversight while drafting, and (2) corrects all internal references to comport with the renumbered paragraphs.

1. Paragraph 534 of the Plaintiff's First Verified Amended Complaint inadcertantly contains an extremely long paragraph due to undersigned apparently skippi this section during formatting. The proposed correction

divides that paragraph into separate numbered paragraphs without altering its substance.

2. On renumbering, all the internal references to paragraphs affected will need to be corrected as well as external citations to the complaint currently in motions already filed. The proposed amendment will address the renumbering and plaintiff also file amended motions as necessary to correct the affected citations.

3. Leave to amend under Rule 15(a)(2) should be freely given when justice so requires, and is particularly appropriate where, as here, the proposed correction is non-substantive, causes no prejudice to any party, and is merely to correct discrimination, error without substitantive effect.

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned certifies that he attempted to confer with counsel for Defendants regarding the relief sought in this motion by email on August 2, 2026 and August 7, 2026. Counsel has not responded substantively to either email, and the undersigned has therefore been unable to determine Defendants' position on the relief sought. This motion is accordingly filed without the agreement of opposing counsel.

**CERTIFICATION OF COMPLIANCE WITH STANDING ORDER REQUIRING DISCLOSURE OF THE USE OF ARTIFICIAL INTELLIGENCE**

This filing is accompanied by, and incorporates by reference, Plaintiff's attached Certification of Compliance with Rule 11 addressing the use of artificial intelligence in the preparation of Plaintiff's filings in this action, including this motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file the accompanying proposed corrected Verified Amended Complaint.

Dated: August 10, 2026

Respectfully submitted,

/s/ Stephen Brown

Stephen Brown, Esq.
Attorney at Law
509 S. Chickasaw Trail #286
Orlando, Florida 32825
(407) 956-2172
stephen@brownandrice.com
Plaintiff, Pro Se (Fla. Bar No. 43406)

## CERTIFICATE OF SERVICE

I certify that on August 10, 2026, I served a copy of this Motion via the Court's CM/ECF system and, to the extent counsel for Defendants has not yet appeared, by electronic mail to the address previously used for correspondence with counsel.

/s/ Stephen Brown

Stephen Brown, Plaintiff, Pro Se (Fla. Bar No. 43406)