**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN DOE,
    *Plaintiff,*

v.
                                         Case No. 6:26-cv-01481-JSS-RMN

THE FLORIDA BAR; ASHLEY MORRISON,
in her official and individual capacities as Bar
Counsel for The Florida Bar; JOSHUA E.
DOYLE, in his official and individual capacities
as Executive Director of The Florida Bar; and
GYPSY BAILEY, in her official and individual
capacities as General Counsel for The Florida
Bar,
    *Defendants.*

_____/

**NOTICE OF CORRECTION TO CERTIFICATES OF SERVICE**

Plaintiff John Doe, pro se, gives notice of the following correction to the certificates of service contained in papers filed on August 3, 2026.

1.      On August 3, 2026, Plaintiff filed with the Clerk the following papers:

    a.    Plaintiff's Time-Sensitive Verified Motion for Temporary Restraining Order and Preliminary Injunction Under Title II of the Americans with Disabilities Act (the "ADA Motion");

    b.    the proposed order accompanying the ADA Motion;

    c.    Plaintiff's Notice of Compliance with Local Rule 6.01(c) and Certificate of Service relating to the ADA Motion (the "ADA Notice"); and

    d.    Plaintiff's Notice of Compliance with Local Rule 6.01(c) and Certificate of Service relating to Plaintiff's Time-Sensitive Verified Motion for Temporary Restraining Order and Preliminary Injunction, dated July 31, 2026 (the "July 31 Notice").

2.      Service of those papers on John Londot, Esq., Greenberg Traurig, P.A., counsel accepting service for Defendants, was completed by electronic mail on August 5, 2026.

3.      The certificate of service in the ADA Motion states that service was made on August 3, 2026. Service of the ADA Motion was in fact made on August 5, 2026.

4.  The ADA Notice states, in its body and in its certificate of service, that service was made on August 3, 2026. Service of the ADA Notice, and of the ADA Motion and proposed order identified in it, was in fact made on August 5, 2026.

5.  The July 31 Notice certifies that on July 31, 2026, Plaintiff served the Notice and each paper identified in it. The papers identified in the July 31 Notice were served on July 31, 2026, as certified. The July 31 Notice itself was served on August 5, 2026.

6.  Plaintiff advised counsel for Defendants of the error by electronic mail on August 5, 2026.

7.  Plaintiff files this Notice to correct the record.

Dated: August 6, 2026

Respectfully submitted,

/s/ John Doe
John Doe, Plaintiff, Pro Se
(true identity and address on file with the Court under seal pursuant to the pending Motion for Leave to Proceed Under Pseudonym)

## CERTIFICATE OF SERVICE

I certify that on August 6, 2026, I served a copy of this Notice on John Londot, Esq., Greenberg Traurig, P.A., counsel accepting service for Defendants, by electronic mail.

/s/ John Doe
John Doe, Plaintiff, Pro Se