**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STEPHEN CHRISTOPHER BROWN,
Plaintiff,

v.

Case No. 6:26-cv-01481-AGM-RMN

THE FLORIDA BAR, et al.,
Defendants.
_______________________________/

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT AND EVIDENTIARY HEARING ON THE FLORIDA BAR DEFENDANTS' MOTION TO DISMISS (DOC. 45)**

Under Local Rule 3.01(i), Plaintiff requests oral argument on the Florida Bar Defendants' Motion to Dismiss the Second Amended Complaint (Doc. 45) and on Plaintiff's response, and an evidentiary hearing on *Younger* abstention, including whether any exception to it applies.

Oral argument would assist the Court. The motion raises threshold questions of immunity, Eleventh Amendment immunity, federal jurisdiction, and abstention that will govern the course of this action, and it relies in part on a pleading the Court dismissed (Doc. 32) and on factual assertions outside the record.

An evidentiary hearing is warranted because Defendants seek abstention under *Younger*, and whether its conditions are met and whether any exception

applies, including bad faith, harassment, and the inadequacy of the state forum, are questions of fact that Plaintiff has pleaded and is prepared to prove.

Plaintiff also asks to be heard in person because, as the operative complaint alleges, he communicates most effectively in a structured, live setting. Doc. 33 ¶ 20. Plaintiff estimates that oral argument will require one hour, divided equally between the parties, and that an evidentiary hearing will require one-half day.

Dated: October 9, 2026

Respectfully submitted,

/s/ Stephen Christopher Brown
Stephen Christopher Brown
509 S. Chickasaw Trail #286
Orlando, Florida 32825
(407) 956-2172
stephen@brownandrice.com
Plaintiff, Pro Se (Fla. Bar No. 43406)

**CERTIFICATE OF SERVICE**

I certify that on October 9, 2026, I filed this document with the Clerk of Court using the CM/ECF system, which will send notice of the filing to all counsel of record.

/s/ Stephen Christopher Brown
Stephen Christopher Brown