UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CASE NO. 6:26-cv-01481-AGM-RMN

STEPHEN CHRISTOPHER BROWN,

Plaintiff,

v.

THE FLORIDA BAR;
ASHLEY MORRISON,
in her official and individual capacities;
JOSHUA E. DOYLE,
in his official and individual capacities;
GYPSY BAILEY,
in her official and individual capacities; and
JOHN/JANE DOE(S),
unknown official(s) of The Florida Bar,
in their official and individual capacities,

Defendants.
_________________________________/

**FLORIDA BAR DEFENDANTS' NOTICE OF CORRECTION RE: RESPONSE TO PLAINTIFF'S RENEWED MOTION FOR PRELIMINARY INJUNCTION**

Counsel for Defendants THE FLORIDA BAR, ASHLEY MORRISON, ESQ., JOSHUA DOYLE, ESQ., and GYPSY BAILEY, ESQ. ("the Florida Bar Defendants"), notifies the Court that he mistakenly argued, in the Florida Bar Defendants' Response (ECF 47) to Plaintiff's Renewed Time-Sensitive

Motion for Preliminary Injunction (ECF 34), that Plaintiff had failed to include a certification regarding use of artificial intelligence. In fact, Plaintiff did include an AI-use certification—not as part of the Renewed Motion itself, but instead as an attachment (ECF 34-2). The certification refers to a "filing," presumably meaning all of the documents filed by Plaintiff that day (i.e., motion (ECF 34), declarations (ECF 34-1), and proposed order (ECF 34-3)). The Florida Bar Defendants therefore withdraw their argument (in ECF 47 at 18-19) that failure to include an AI-use certification is ground for denial of the Motion (ECF 34).

Respectfully submitted,

*s/ John Londot*
John Londot, Esq.
Florida Bar Number 579521
GREENBERG TRAURIG, P.A.
101 East College Avenue
Tallahassee, FL 32301
Phone 850-222-6891
londotj@gtlaw.com
hoffmannm@gtlaw.com
tallitdock@gtlaw.com
*Counsel for the Florida Bar Defendants*

**Certification Under Penalty of Perjury That Artificial Intelligence Was Not Used in the Preparation of This Filing**

I have reviewed the Standing Order Requiring Disclosure of the use of artificial intelligence. After diligent inquiry and under penalty of perjury, I certify that artificial intelligence was not utilized in the preparation of this filing in any way. I understand that, whether I represent myself or I am an attorney representing a client, I have an affirmative obligation to read each case cited in this filing. If I fail to do so and a case upon which I rely does not exist or does not reasonably stand for the cited proposition, I understand that the Court may treat this as a violation of Rule 11 of the Federal Rules of Civil Procedure. I have reviewed Rule 11 of the Federal Rules of Civil Procedure and I understand that this rule applies equally to counsel and unrepresented parties, and I am familiar with the sanctions available for violations of Rule 11. If this certification is made by counsel, I further understand that citation to a case that either does not exist or does not reasonably stand for the cited proposition may be treated as a violation of my oath of candor toward the tribunal and a basis on which my admission to practice in the Middle District of Florida could be revoked or suspended. Further, whether I represent myself or I am an attorney representing a client, I understand that by making this certification under penalty of perjury I could be referred for criminal prosecution if the statements I make here are false.

*s/ John Londot*
John K. Londot, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on this October 12, 2026, I electronically filed the foregoing using the CM/ECF system, which will serve all those registered, and sent a copy by U.S. Mail and email to the following:

Stephen Christopher Brown
509 S. Chickasaw Trail #286
Orlando, Florida 32825
*(407) 956-2170*
*stephen@brownandrice.com*
*Plaintiff, Pro Se (Fla. Bar No. 43406)*

*s/ John Londot*
John K. Londot, Esq.