11:14 75°

Jason

FEB 3 AT 8:39 AM

Information on Stephen Brown:

Stephen Brown has obtained your application for judge and plans to accuse you of lying about your past legal matters. He is requesting all information regarding your previous personal legal issues from the Brevard County Courts. Additionally, he has obtained a copy of your book and its audio version, which he intends to use against you.

Stephen B[illegible]n has

Message

11:14 75°

Jason

Stephen Brown has the following upcoming events on his schedule:
- Paws in the Parks on February 11
- Kissimmee Puerto Rican Day Parade
- Kissimmee Gay Pride festival
- Earth day trail cleanup in Eatonville

However, there is some negative information about Stephen Brown:
- He left his Martin Luther King Day parade trailer abandoned in the Home Depot parking lot at Lee R[illegible]d and I-4 after the t[illegible]ue of the

Message

11:14 75°

Jason

lot at Lee Road and I-4 after the tongue of the trailer broke from the welds during the Eatonville MLK parade.
- He was diagnosed with autism in 2022, which he often uses as an excuse for his aggressive and disrespectful behavior, particularly towards customer service professionals. Disney has documented numerous incidents involving him in their Magic File.
- On October 31, 2022, he boarded a Frontier flight from Las Vegas to Orlando while intoxicated [illegible]nd became v[illegible]lly

Message

EXHIBIT M MESSAGES AND INFO FROM JASON HICKS










EXHIBIT M MESSAGES AND INFO FROM JASON HICKS










EXHIBIT M MESSAGES AND INFO FROM JASON HICKS










EXHIBIT M MESSAGES AND INFO FROM JASON HICKS










EXHIBIT M MESSAGES AND INFO FROM JASON HICKS